IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DUSTIN MITCHELL, on Behalf of Himself and on Behalf of All Others Similarly Situated, Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION NO. 4:21-cv-03100 |
| KESTREL FIELD SERVICES, INC., Defendant. | § § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is an Agreed Motion to Dismiss with Prejudice wherein Plaintiff Dustin Mitchell and Defendant Kestrel Field Services, Inc. move this Court for an Order dismissing this action, including all claims, with prejudice.

IT IS, THEREFORE, ORDERED that this case, including all claims, is hereby dismissed with prejudice, with each party solely responsible for its/his costs and fees.

Signed this _____ day of _____, 2022.

_____
LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE