UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 04, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| Dustin Mitchell, | § |
| Plaintiff, | § |
| versus | § Civil Action H-21-3100 |
| Kestrel Field Services, Inc., | § |
| Defendant. | § |

## Conditional Dismissal

1. Having been advised that the parties have settled, the case is dismissed with prejudice. (13)

2. By May 6, 2022, the parties may move for reinstatement.

3. The court retains the jurisdiction to enforce the settlement

Signed on April 4, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge