| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
May 09, 2022
Nathan Ochsner, Clerk

Dustin Mitchell, §
§
　　　　Plaintiff, §
§
versus §　　　Civil Action H-21-3100
§
Kestrel Field Services, Inc., §
§
　　　　Defendant. §

## Final Dismissal

1. Neither party having moved for reinstatement, the case is dismissed with prejudice.

2. The court retains jurisdiction to enforce the settlement.

Signed on May 9, 2022, at Houston, Texas.

　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　United States District Judge